IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:24-cr-180 |
| | ) | |
| VS. | ) | GOVERNMENT'S REQUEST FOR |
| | ) | NOTICE OF ALIBI AND INSANITY |
| RUSTY JOSEPH WHITTAKER | ) | DEFENSE |
| | ) | |

The United States of America demands that the defendant furnish to the government notice of his intention to offer a defense of alibi, insanity, or mental disease, defect, or any other mental condition of the defendants bearing upon the issue of the defendants' guilt. The alleged offense occurred within the Western District of North Carolina and elsewhere from on or about April 4, 2023, to May 20, 2023, as alleged in the Bill of Indictment. The government also demands notice of the defendant's intention to introduce expert testimony relating to a mental disease or defect or any other mental condition of the defendant bearing upon the issue of the defendant's guilt.

Respectfully submitted August 11, 2025.

RUSS FERGUSON
UNITED STATES ATTORNEY

 *s/ Daniel Cervantes*
Assistant United States Attorney
FL Bar Number: 40836
Attorney for the United States
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
Telephone: 704.338.3115
Fax: 704.227.0197
E-mail: daniel.cervantes@usdoj.gov

_____
Assistant United States Attorney
California State Bar No.: 339592
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
Telephone: (704) 342-6253
Email: brian.kenney@usdoj.gov