IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

UNITED STATES OF AMERICA

v.                                                      Criminal Action No. 3:24cr180

RUSTY JOSEPH WHITTAKER,
            Defendant.

## ORDER

This matter comes before the Court on a memorandum and recommendation issued by United States Magistrate Judge Susan C. Rodriguez. (ECF No. 51.) On July 2, 2025, the defendant, Rusty Joseph Whittaker, filed a motion to suppress "all records and information" that the government obtained pursuant to a North Carolina state court order issued on May 26, 2023. (ECF No. 29.) On August 7, 2025, after full briefing and a hearing, Judge Rodriguez recommended that the Court deny Whittaker's motion to suppress. (ECF No. 51, at 12.)

On August 19, 2025, Whittaker filed objections to Judge Rodriguez's memorandum and recommendation. (ECF No. 88.) Specifically, Whittaker objected to several factual findings. He found further issues with three of Judge Rodriguez's legal recommendations: (1) that "probable cause existed" to conduct a search pursuant to the state court order, (2) that the state court order described adequate "grounds to suspect Whittaker" of enticing a minor, and (3) that the good faith exception would apply even if the state court order authorizing the search were not valid. (*Id.* at 5.)

After conducting a *de novo* review of the factual objections that Whittaker raised, the Court FINDS that the record supports Judge Rodriguez's factual findings. Moreover, after conducting a *de novo* review of the legal issues to which Whittaker objected, the Court FINDS (1) that probable cause existed to conduct a search pursuant to the May 26 order, (2) that the order provided

particular and adequate grounds to suspect Whittaker of enticing a minor, and (3) that the good faith doctrine would apply even if the state court order lacked validity. Accordingly, the Court OVERRULES Whittaker's objections, (ECF No. 88); ADOPTS Judge Rodriguez's recommendation denying Whittaker's motion to suppress, (ECF No. 51); and DENIES Whittaker's motion to suppress, (ECF No. 29).

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 29 August 2025
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge