IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

UNITED STATES OF AMERICA

v.  Criminal Action No. 3:24cr180

RUSTY JOSEPH WHITTAKER,
Defendant.

## ORDER

This matter comes before the Court on a memorandum and recommendation issued by United States Magistrate Judge Susan C. Rodriguez. (ECF No. 94.) On July 23, 2025, the defendant, Rusty Joseph Whittaker, filed a request for a *Franks* hearing and a motion to suppress "any evidence found from the search of two homes" in Austin, Texas, "on June 1, 2023," pursuant to a federal search warrant. (ECF No. 43, at 1.) On August 21, 2025, after full briefing and a hearing, Judge Rodriguez recommended that the Court deny Whittaker's request for a *Franks* hearing and his motion to suppress the Texas search. (ECF No. 100.) On August 26, 2025, Whittaker filed objections to "each and every" of Judge Rodriguez's recommendations. (ECF No. 100, at 2.)

After reviewing Judge Rodriguez's memorandum and recommendation *de novo*, the Court FINDS that the record supports Judge Rodriguez's factual findings. Further, the Court FINDS that Whittaker did not show his entitlement to a *Franks* hearing on the basis of false statements or omissions. Moreover, the Court also FINDS (1) that probable cause existed for the federal warrant, (2) that the warrant had a particularized nexus to the evidence described in the warrant, and (3) that the good faith exception would apply even if the warrant lacked validity.

Accordingly, the Court OVERRULES Whittaker's objections, (ECF No. 100); ADOPTS Judge Rodriguez's recommendation, (ECF No. 94); and DENIES Whittaker's motion to suppress and request for a *Franks* hearing, (ECF No. 43.).

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

/s/
John A. Gibney, Jr.
Senior United States District Judge

Date: 29 August 2025
Richmond, VA