# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

UNITED STATES OF AMERICA

V.

RUSTY JOSEPH WHITTAKER

CASE NUMBER: 3:24CR180

THIS MATTER is before the Court on Motion.

**IT IS THEREFORE ORDERED** that:

The Bureau of Prisons and the United States Marshals service is hereby **ORDERED** to transport and produce the body of  RUSTY JOSEPH WHITTAKER  (USM# 38487-511), for a hearing before the honorable John A. Gibney, Jr., in the Western District of North Carolina, Charlotte, North Carolina not later than July 22, 2026, and upon completion of the restitution hearing, Defendant is to be returned to the custody of the Bureau of Prisons. The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the United States Probation Office.

**IT IS SO ORDERED.**

/s/
John A. Gibney, Jr.
Senior United States District Judge

17 July 2026